## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No.  23-mj-08072-ADM

EDWARD DAVIS,

        Defendant.

### CRIMINAL COMPLAINT

I, Drew Limbaugh, the complainant in this case, being duly sworn state the following is true and correct to the best of my knowledge and belief, establishes probable cause that the following offense has been committed.

### COUNT ONE

On or about April 30, 2023, in the District of Kansas, the defendant,

### EDWARD DAVIS,

knowingly escaped from Geo Reentry Inc., a Residential Reentry Office in Kansas City, Kansas, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of an order of the United States District Court for the District of Kansas, Case Number 2:13CR20013-001, upon conviction for Bank Robbery in violation of Title 18, United States Code, Sections 2113(a) & (d), and 2.

In violation of Title 18, United States Code, Section 751(a) Escape from Custody.

1

## STATEMENT OF FACTS

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1.     I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the District of Kansas, Kansas City office. I have served as a DUSM since July 19, 2022.  I am a commissioned federal law enforcement officer.  I have successfully completed the integrated Criminal Investigator Training Program and Basic Deputy United States Marshal program at the Federal Law Enforcement Training Center in Glynco, GA.  Prior to being hired by the USMS, I was employed by the Aurora, Colorado Police Department as a commissioned Police Officer for 7 years and attended the Aurora Police Training Academy.   As a DUSM, I am responsible for investigating and apprehending federal fugitives.  I have been involved in numerous criminal, fugitive, and apprehension investigations. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.

2.     On May 9, 2013, the United States District Court for the District of Kansas, in case number 2:13CR20013 - 001, sentenced Edward Davis upon his conviction for Bank Robbery, in violation of Title 18, United States Code, Sections 2113(a) & (d) and 2.  The Court sentenced Davis to the custody of the United States Bureau of Prisons (BOP) for a term of imprisonment of 144 months, as reflected in the judgment order filed October 7, 2013.  BOP is

an authorized representative of the Attorney General, as set forth in Title 18, United States Code, Section 751.

3.     The GEO Reentry Inc., on Brewer Place in Leavenworth, Kansas, is a residential reentry center ("RRC") that provides transitional services for BOP inmates who are serving the final part of their sentences.  BOP transferred Davis to that RRC on March 2, 2023, from McCreary USP.  Davis was scheduled to be released from the Bureau of Prisons (BOP) on August 18, 2023.

4.     On April 30, 2023, at approximately 11:30am, RRC staff notified the BOP Duty Officer that resident Edward Davis was unaccounted for after a count was conducted.  Staff attempted to call Davis on his cell phone, however it went directly to voicemail.  Staff contacted Davis's emergency contact and requested that she advise Davis to return to the facility.  Staff advised Davis was upset over having to remain on total restriction until May 1, 2023.  At 12:20pm, Davis had still not returned to the RRC and was subsequently placed on Escape status by the BOP Duty Officer.  Davis's whereabouts are currently unknown.

Based on the foregoing, I respectfully submit there is probable cause to believe that Edward Green has violated Title 18, United States Code, Section 751(a) Escape from Custody.

Drew Limbaugh
Deputy United States Marshal


Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on May _2_, 2023.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

3

## PENALTIES:

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years S.R.
- $100 special assessment

4